# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2488

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Southern District of Iowa. |
| William Edward Simmons, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted:  December 17, 1999
Filed:  January 10, 2000

_____

Before McMILLIAN, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit
Judges.

_____

PER CURIAM.

Having been convicted of conspiring to distribute cocaine base, William Edward Simmons filed his notice of appeal twenty days after judgment was entered in the district court. Although Simmons' notice of appeal is untimely, see Fed. R. App. P. 4(b)(1)(A)(i), we remand the case to the district court to determine whether the time for filing a notice of appeal should be extended under Fed. R. App. P. 4(b)(4). See United States v. Petty, 82 F.3d 809, 810 (8th Cir. 1996) (per curiam).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.